IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff,<br><br>    v.<br><br>THE OHIO STATE UNIVERSITY,<br><br>        Defendant. | Case No. 2:19-cv-4433<br><br>Judge Michael H. Watson<br><br>Chief Magistrate Judge<br>Elizabeth P. Deavers |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), Plaintiff, John Doe, and Defendant The Ohio State University ("OSU") hereby stipulate to the **DISMISSAL WITH PREJUDICE** of any and all claims which have been, could have been, or should have been asserted against OSU in the Complaint filed October 4, 2019. The parties will bear their own attorneys' fees, costs and expenses.

**Stipulated And Agreed To By:**

Attorney for Plaintiff:

**/s/ Bradley N. Jeckering**

Bradley Jeckering (0092299)
D. Luke Meenach (0096286)



Jeckering & Associates, LLC
16 S. Main Street
Mechanicsburg, Ohio 43044

P: 937-896-2222

Attorney for Defendant:

DAVID A. YOST
ATTORNEY GENERAL OF OHIO
Michael H. Carpenter (0015733) (Trial Attorney)
Timothy R. Bricker (0061872)
Jennifer A.L. Battle (0085761)
David J. Barthel (0079307)
Stephen E. Dutton (0096064)
Carpenter Lipps and Leland LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215
Phone: (614) 365-4100

1

| | |
|---|---|
| F: 614-515-4905<br>brad@centralohiolegal.com<br>luke@centralohiolegal.com | Fax: (614) 365-9145<br>E-mail: carpenter@carpenterlipps.com<br>bricker@carpenterlipps.com<br>battle@carpenterlipps.com<br>barthel@carpenterlipps.com<br>dutton@carpenterlipps.com |
| *Counsel for Plaintiff* | *Special Counsel for Defendant*<br>*The Ohio State University* |

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically on July 31, 2020. Notice was sent by operation of the Court's electronic filing system to all other counsel who have entered an appearance and any parties who have entered an appearance through counsel. The parties may access this filing through the Court's ECF system.

/s/ **Bradley N. Jeckering**
Bradley Jeckering (0092299)
D. Luke Meenach (0096286)
Jeckering & Associates, LLC
16 S. Main Street
Mechanicsburg, Ohio 43044
P: 937-896-2222
F: 614-515-4905
brad@centralohiolegal.com
luke@centralohiolegal.com
*Counsel for Plaintiff*